UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:25-CV-00270-CHB-CHL

PAPA JOHN'S INTERNATIONAL, INC.,                                          Plaintiff,

v.

JIANDONG (PETER) XU,                                                        Defendant.

## REPORT AND RECOMMENDATION

Before the Court is the Motion for Default Judgment filed by Plaintiff Papa John's International, Inc. ("Papa Johns"). (DN 14.) The motion is referred to the undersigned for preparation of a report and recommendation. (DN 15.) In light of the order entered contemporaneously herewith granting Defendant's motion to set aside default, the undersigned **RECOMMENDS** that Plaintiff's Motion for Default Judgment (DN 14) be **DENIED AS MOOT**.

*Colin H Lindsay, Magistrate Judge*
*United States District Court*

cc: Counsel of record
    December 19, 2025

### Notice

Pursuant to 28 U.S.C. § 636(b)(1)(B)-(C), the undersigned Magistrate Judge hereby files with the Court the instant findings and recommendations. A copy shall forthwith be electronically transmitted or mailed to all parties. 28 U.S.C. § 636(b)(1)(C). Within fourteen (14) days after being served, a party may serve and file specific written objections to these findings and recommendations. Fed. R. Civ. P. 72(b)(2). Failure to file and serve objections to these findings and recommendations constitutes a waiver of a party's right to appeal. *Id.; United States v. Walters,* 638 F.2d 947, 949-50 (6th Cir. 1981); *see also Thomas v. Arn,* 474 U.S. 140 (1985).