UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| PAPA JOHN'S INTERNATIONAL, INC., | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 3:25-CV-270-CHB-CHL |
| | ) | |
| v. | ) | |
| | ) | **ORDER ADOPTING MAGISTRATE** |
| JIANDONG (PETER) XU, | ) | **JUDGE'S REPORT AND** |
| | ) | **RECOMMENDATION** |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Report and Recommendation ("Recommendation") filed by United States Magistrate Judge Colin H. Lindsay, [R. 23]. The Recommendation addresses Plaintiff's Motion for Default Judgment, [R. 14]. The Magistrate Judge explains that, contemporaneous with the entry of the Recommendation, he entered an order granting the defendant's motion to set aside the Clerk's Entry of Default, [R. 22], and as a result, he recommends that the Motion for Default Judgment be denied as moot. [R. 23].

The Magistrate Judge's Recommendation advised the parties that any objections must be filed with fourteen days. *Id.* The time to file objections has passed, and neither party has filed any objections to the Recommendation nor sought an extension of time to do so.

Generally, this Court must make a de novo determination of those portions of the Recommendation to which objections are made. 28 U.S.C. § 636(b)(1). When no objections are made, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard." See *Thomas v. Arn*, 474 U.S. 140, 151 (1985). Parties who fail to object to a Magistrate Judge's recommended disposition are also barred from appealing a district court's order adopting that recommended disposition. *United States v. White*, 874 F.3d 490, 495

- 2 -

(6th Cir. 2017); *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981). Nevertheless, this Court has examined the record and agrees with the Magistrate Judge's Recommendation. Accordingly, the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation, [**R. 23**], is **ADOPTED** as the opinion of this Court.

2. Plaintiff's Motion for Default Judgment, [**R. 14**], is **DENIED as moot**.

This the 6th day of January, 2026.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY